# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY, KANSAS

| | |
|---|---|
| MARY BILBREY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW Plaintiff, MARY BILBREY, by and through counsel, William L. Barr, Jr. of Bull Attorneys, P.A., and for her claims against Defendant, WALMART, INC. (WALMART), alleges and states:

1. Plaintiff, MARY BILBREY, resides in Junction City, Geary County and is a citizen of Kansas.

2. This Court has proper venue and jurisdiction over the parties and subject matter.

3. Defendant, WALMART, INC. (WALMART), is a corporation incorporated under the laws of the State of Delaware and has its principal place of business in a State outside the State of Kansas. Defendant, WALMART, is a corporation that maintains and operates retail stores at locations both in Kansas and throughout the United States. It may be served in Kansas at the office of its registered resident agent, The Corporation Company, Inc. located at 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603.

4. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00) exclusive of interest and costs.

5. Prior to and on August 6, 2020 Defendant, WALMART, was in the business of owning and operating retail discount stores in Kansas and throughout the United States.

6. Prior to and on August 6, 2020 Defendant, WALMART, owned, maintained and operated a Super Center retail store open to the public at 521 E Chestnut St, Junction City, KS 66441.

7. On August 6, 2020 Plaintiff, MARY BILBREY, was shopping as a business invitee in the above-mentioned store owned and operated by Defendant, WALMART, and was at all times herein relevant in the exercise of reasonable care for her own safety.

8. On August 6, 2020 a strawberry and other produce had fallen onto the floor of a customer aisle and was allowed to remain in a customer aisle of the above-mentioned store.

9. On August 6, 2020 this strawberry remained in the customer aisle for a sufficient amount of time to be observed by Defendant, WALMART, employees or it, actually, was observed by employees of Defendant, WALMART, yet it was not removed.

10. A surveillance video recording made on August 6, 2020 revealed that an employee of Defendant, WALMART, walked past the fallen strawberry before Plaintiff, MARY BILBREY, slipped on it and fell.

11. At the above-mentioned time and place Plaintiff, MARY BILBREY, was walking in the above-mentioned customer aisle of the store owned and operated by Defendant, WALMART, and was caused to slip and fall by the slippery condition caused by the fallen strawberry on the floor of the subject customer aisle.

12. At the abovementioned time and place and at all times herein relevant, the actions and omissions of the employees, agents and independent contractors of Defendant, WALMART were the actions and omissions of Defendant, WALMART, both individually and under the doctrines of *Respondeat Superior* and Vicarious Liability and were negligent, careless, and

wanton and include, but were not limited to:

   a) Creating a dangerous slip hazard by allowing fallen produce to remain on the floor of a high traffic customer aisle in its store;

   b) Ignoring a slip and fall hazard on the floor of its customer aisle;

   c) Allowing a strawberry to remain unattended on its floor in a high traffic area;

   d) Not recognizing and warning of a slip hazard in a customer aisle of its store;

   e) Allowing a dangerous slip hazard to exist in a high traffic area;

   f) Failing to clean up fallen produce on the floor of a high traffic customer aisle;

   g) Failing to train its employees to warn of fallen produce on the floor surface of its customer aisles;

   h) Failing to clean up or remove fallen produce on the floor surface of a customer aisle during business hours;

   i) Failing to inspect the floor surface of its customer aisle for slip hazards;

   j) Failing to train its employees to recognize and remove slip hazards such as fallen produce in the customer aisles of its store;

   k) Failing to train its managers to recognize and remove slip and fall hazards in the customer aisles of its stores; and

   l) Was negligent and wanton in the operation and maintenance of its produce section in ways that will be disclosed during further discovery in this case.

13. As a proximate result of the wanton, negligent actions and omissions of Defendant, WALMART, individually and by its employees, agents, independent contractors and servants plaintiff, MARY BILBREY, suffered injuries to her right ankle, back, neck, both wrists, shoulder and she was otherwise injured and damaged. MARY BILBREY has been

damaged with pain and suffering, mental anguish, loss of time, loss of enjoyment of life, great medical expenses, economic loss, permanent disfigurement, and permanent disability. In the future, Plaintiff will suffer with pain, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement and permanent disability. For the aforementioned damages, Plaintiff has been damaged in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

WHEREFORE, Plaintiff, MARY BILBREY, prays for judgment against Defendant, WALMART, INC., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), for her damages, for her costs incurred in bringing this action, and for such other and further relief as the Court deems just and equitable.

**BULL ATTORNEYS, P.A.**

*/s/ William L. Barr, Jr.*
William L. Barr, Jr., # 26775
10111 E. 21st Street North, Suite 204
Wichita, Kansas 67206
Ph: 316-684-4400 /Fax: 316-684-4405
bill@bullattorneys.com
*Attorney for Plaintiff*

**DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL**

COMES NOW Plaintiff and demands a pretrial conference and a trial by jury in this matter.

**DESIGNATION FOR PLACE OF TRIAL**

COMES NOW Plaintiff and designates Kansas City, Kansas as the place for trial in this matter.

**BULL ATTORNEYS, P.A.**

*/s/ William L. Barr, Jr.*
William L. Barr, Jr.